UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Connie Jeremias

Case No.: __20-13464__  
Chapter: __7__  
Judge: __CMG__

## NOTICE OF PROPOSED ABANDONMENT

_____Karen E. Bezner_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>United States Courthouse<br>402 East State Street<br>Trenton, New Jersey  08608 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle, U.S.B.J.__ on ____July 7, 2020____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 60 Bowline Street<br>Barnegat, New Jersey<br>valued at $192,210.00 |
|---|---|

| Liens on property: | Nationstar Mortgage/Mr. Cooper<br>$212,468.00 |
|---|---|

| Amount of equity claimed as exempt: $0.00 |
|---|

Objections must be served on, and requests for additional information directed to:

Name:     Karen E. Bezner, Trustee   /s/  Karen E. Bezner  
Address:  567 Park Avenue, Suite 103, Scotch Plains, New Jersey  07076  
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 20-13464-CMG
Connie Gene Jeremias                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jun 03, 2020
                              Form ID: pdf905          Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2020.
```
db            +Connie Gene Jeremias,    32 Avalon Avenue,    Barnegat, NJ 08005-1313
518740170     +Foreclosure Processing Service,    Superior Court Clerk,    PO Box 971,    Trenton, NJ 08625-0971
518740173      HSBC Bank Nevada, N.A.,    P.O. Box 5244,    Carol Stream, IL 60197-5244
518740180     +LoanCare LLC,    Attn: Consumer Solutions Dept,    Po Box 8068,    Virginia Beach, VA 23450-8068
518740179     +LoanCare LLC,    3637 Sentara Way,    Virginia Beach, VA 23452-4262
518740178     +LoanCare LLC,    c/o McCabe, Weisberg & Conway, LLC,    216 Haddon Avenue, Ste. 201,
                Collingswood, NJ 08108-2818
518740181      MABTC/Tidewater Credit Services,    Po Box 13306,    Virginia Beach, VA 23464
518740184     +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518740183     +Mr. Cooper,    350 Highland,    Houston, TX 77009-6623
518740182     +Mr. Cooper,    c/o KML Law Group, P.C.,    216 Haddon Avenue, Ste 406,
                Collingswood, NJ 08108-2812
518740187     +Ocean County Sheriff's Office,    120 Hooper Avenue,    Toms River, NJ 08753-7606
518740189    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                P.O. Box 245,    Trenton, NJ 08695-0245)
518740188      State of New Jersey,    Department of Treasury,    P. O. Box 002,    Trenton, NJ 08625-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 03 2020 23:13:28     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 03 2020 23:13:26      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518740155     +E-mail/Text: ally@ebn.phinsolutions.com Jun 03 2020 23:12:19      Ally Financial,
                Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
518740156     +E-mail/Text: ally@ebn.phinsolutions.com Jun 03 2020 23:12:19      Ally Financial,
                P.o. Box 380901,    Bloomington, MN 55438-0901
518740158     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 03 2020 23:16:08      Capital One,
                Po Box 30281,    Salt Lake City, UT 84130-0281
518740157     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 03 2020 23:16:52      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518740161     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 03 2020 23:17:42
                Capital One Bank USA N.A.,    P.O. Box 71083,    Charlotte, NC 28272-1083
518740159     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 23:16:16
                Capital One Bank Usa N.A.,    c/o Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                Norfold, VA 23502-4952
518740160     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 23:16:14
                Capital One Bank Usa N.A.,    c/o Portfolio Recovery,    120 Corporate Blvd Ste 100,
                Norfolk, VA 23502-4952
518740162     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 23:16:17      Comenity Bank,
                c/o Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502-4952
518740164      E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 03 2020 23:13:11      Comenity Bank,
                P.O. Box 182273,    Columbus, OH 43218-2273
518740163     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 23:16:14      Comenity Bank,
                c/o Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502-4952
518740165     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 03 2020 23:13:11      Comenitybank/New York,
                Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518740166     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 03 2020 23:13:11      Comenitybank/New York,
                Po Box 182789,    Columbus, OH 43218-2789
518740171     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 23:17:01
                Hsbc Bank Nevada N.A.,    c/o Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,
                Norfold, VA 23502-4952
518740172     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 03 2020 23:16:13
                Hsbc Bank Nevada N.A.,    c/o Portfolio Recovery,    120 Corporate Blvd Ste 100,
                Norfolk, VA 23502-4952
518740169      E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 03 2020 23:12:52     Department of Treasury,
                Internal Revenue Service,    Cincinnati, OH 45999-0030
518740177     +E-mail/Text: bncnotices@becket-lee.com Jun 03 2020 23:12:40      Kohls/Capital One,
                Po Box 3115,    Milwaukee, WI 53201-3115
518740176     +E-mail/Text: bncnotices@becket-lee.com Jun 03 2020 23:12:40      Kohls/Capital One,
                Attn: Credit Administrator,    Po Box 3043,    Milwaukee, WI 53201-3043
518740186     +E-mail/PDF: pa_dc_claims@navient.com Jun 03 2020 23:16:15      Navient,    Po Box 9500,
                Wilkes Barre, PA 18773-9500
518740185     +E-mail/PDF: pa_dc_claims@navient.com Jun 03 2020 23:17:01      Navient,    Attn: Bankruptcy,
                Po Box 9640,    Wilkes-Barre, PA 18773-9640
518740190     +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 23:17:33      Synchrony Bank/Lowes,
                Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518740191     +E-mail/PDF: gecsedi@recoverycorp.com Jun 03 2020 23:17:32      Synchrony Bank/Lowes,
                Po Box 956005,    Orlando, FL 32896-0001
                                                                                                TOTAL: 23
```

```
District/off: 0312-3          User: admin                    Page 2 of 2                  Date Rcvd: Jun 03, 2020
                              Form ID: pdf905                Total Noticed: 36

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518740167*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Department of Treasury,    Internal Revenue Service,    P.O. Box 9052,
                  Andover, MA 01810)
518740168*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   Department of Treasury,    Internal Revenue Service,    PO Box 9052,
                  Andover, MA 01810)
518740175*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court:   IRS Dept of Treasury,    310 Lowell St,    Andover, MA 01810-4544)
518740174*       +Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                      TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Karen E. Bezner    Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Lauren Moyer    on behalf of Creditor    LoanCare, LLC as servicer for Lakeview Loan Servicing,
               LLC lmoyer@mwc-law.com,    nj-ecfmail@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Connie Gene Jeremias courtdocs@oliverandlegg.com,
               R59915@notify.bestcase.com
                                                                                             TOTAL: 6
```