# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In re:  
Connie Gene Jeremias

Debtor(s)

Case no.: 20-13464  
Chapter: 7  
Judge: Gravelle

## CERTIFICATION OF NO OBJECTION

I _____Gary A. Nau_____, Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed:

☒ Abandonment

☐ Public Sale

☐ Private Sale

☐ Settlement of Controversy

☐ Auctioneer Compensation

Description of Property (if applicable):  
60 Bowline Street, Barnegat, New Jersey.

JEANNE A. NAUGHTON, Clerk

Date: 7/1/2020                                     By: Gary A. Nau

*rev.2/10/17*